CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00647

Walker v. Davol, Inc. et al
Assigned to: Judge Lee H Rosenthal
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/27/2008
Date Terminated: 04/01/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Thomas Donald Walker**

represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2008 | | COMPLAINT against all defendants filed by Thomas Donald Walker. (Attachments: # 1 Civil Cover Sheet Thomas Donald Walker)(Alexander, David) (Entered: 02/27/2008) |
| 02/28/2008 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 6/27/2008 at 08:45 AM in Courtroom 11B before Judge Lee H Rosenthal.( Signed by Judge Lee H Rosenthal ) Parties notified.(jbradford, ) (Entered: 02/28/2008) |
| 03/17/2008 | | First CERTIFICATE OF INTERESTED PARTIES by Thomas Donald Walker, filed.(Alexander, David) (Entered: 03/17/2008) |
| 04/01/2008 | | JPML CONDITIONAL TRANSFER ORDER (CTO−16) (certified copy) transferring case to USDC−RI to be included in MDL Docket No. 1842. Case terminated on 4/1/08.(smurdock, ) (Entered: 04/03/2008) |
| 04/01/2008 | | Interdistrict transfer to USDC−RI. Sent Electronically filed. (smurdock, ) (Entered: 04/03/2008) |